**Edward L. MOSES, Plaintiff— Appellant,**

v.

**Ronnie EVANS, Correctional Officer; Rick Jackson, Superintendent; David W. Hinson, Correctional Captain; Edward Little, Correctional Lieutenant; Robert Meece, Correctional Lieutenant; Richard Porten, Correctional Sergeant; Freddie West, Correctional Sergeant; Alvin Little, Correctional Sergeant; John Watkins, Correctional Programs Director; Stephanie Giles, Correctional Programs Administrative Assistant, Defendants—Appellees.**

**No. 04–7685.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 10, 2005.

Decided Feb. 10, 2005.

Edward L. Moses, Appellant pro se. James Philip Allen, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Edward L. Moses appeals a district court judgment granting summary judgment to the Appellees and dismissing his civil rights complaint. We have reviewed the record and the district court order and affirm for the reasons stated by the district court. *See Moses v. Evans,* No. CA–02–433–3 (W.D.N.C. filed Oct. 1, 2004 & entered Oct. 4, 2004). We dispense with oral argument because the facts and legal contentions of the parties are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED*

